UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN REINER,<br>          Plaintiff,<br>    v.<br>PATRICIA GUERRERO, et al.,<br>          Defendants. | Case No. 4:24-cv-05515-KAW<br><br>ORDER TO SHOW CAUSE |

This action was filed on August 20, 2024. (Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the complaint and summons on Defendants, such that November 18, 2024 was the last day to complete service or to file a motion for administrative relief from the deadline pursuant to Civil L.R. 7-11. The Case Management Conference, originally scheduled for November 19, 2024, was continued to February 4, 2025, because Defendants had not been served. (Dkt. No. 5.)

On November 18, 2024, waivers of service were filed on behalf of Defendants Anik Banerjee, Ellen Davtyan, Lindsay Frazier-Krane, Kirsten Galler, Rita Himes, and Sarah Overton. (Dkt. No. 7.) While the Court understands that Plaintiff is awaiting a response from Defendants Patricia Guerrero and Jorge Navarrete regarding waiving of service, that does excuse him from the service deadline. (*See* Dkt. No. 6 at 1.) In this instance, Plaintiff should have filed a motion for administrative relief to obtain an extension.

IT IS HEREBY ORDERED that by no later than **December 20, 2024**, Plaintiff shall show cause why this matter should not be dismissed against the unserved defendants for failure to comply with the deadline to complete service or to file a motion for administrative relief from the service deadline.

1  In responding to this order to show cause, Plaintiff may wish to consult a manual the court
2  has adopted to assist pro se litigants in presenting their case.  This manual, and other free
3  information for pro se litigants, is available online at: *https://cand.uscourts.gov/pro-se-litigants/*.
4  IT IS SO ORDERED.
5  Dated: November 21, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge