UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTIN REINER,

        Plaintiff,

   v.

PATRICIA GUERRERO, et al.,

        Defendants.

Case No. 24-cv-05515-HSG

**ORDER VACATING CASE MANAGEMENT CONFERENCE AND CONTINUING MOTION HEARING**

Re: Dkt. No. 30

Pro se Plaintiff Martin Reiner filed this case in August 2024. *See* Compl. Defendants have since filed two motions to dismiss and a motion to declare Plaintiff vexatious. Dkt. Nos. 18, 21, 26. In light of these pending motions, the Court **VACATES** the February 4, 2025, case management conference. The Court will reset the case management conference if needed once it has resolved the pending motions. To further streamline the case, the Court will hear the pending motions on the same day. The Court therefore **CONTINUES** the hearing on the motion to dismiss filed by the Judicial Defendants, Dkt. No. 18, to February 6, 2025, at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA. The current briefing schedule remains in place. This terminates Dkt. No. 30.

**IT IS SO ORDERED.**

Dated: 12/13/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge